Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: ED CV 16-263-DMG (Ex)     Title: Malik Brown v. DirecTV, LLC

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court  [x] Jury<br>Duration Estimate: 5-8 days | 10-15-19<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-17-19<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 7-27-18 |
| Motion for Class Certification (filing deadline)<br>Opposition to Class Certification<br>Reply<br>Hearing on Class Certification Motion | 2-1-19<br>2-22-19<br>3-8-19<br>3-22-19 @ 10:00 a.m. |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 4-26-19 |
| Motion Cut-Off  (filing deadline) | 5-10-19 |
| Initial Expert Disclosure & Report Deadline | 2-1-19 |
| Rebuttal Expert Disclosure & Report Deadline | 3-1-19 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 4-1-19 |
| Settlement Conference Completion Date | 6-21-19 |
| Joint Status Report re Settlement | 6-28-19 |
| Motions in Limine Filing Deadline | 8-27-19 |
| Opposition to Motion in Limine Filing Deadline | 9-3-19 |
| Proposed Pretrial Conference Order | 8-27-19 |
| Contentions of Fact/Law | 8-27-19 |
| Pretrial Exhibit Stipulation | 8-27-19 |
| Joint Exhibit List | 8-27-19 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 8-27-19 |
| Agreed Statement of the Case | 8-27-19 |
| Proposed Voir Dire Questions | 8-27-19 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 8-27-19 |
| Verdict Forms | 8-27-19 |