**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: scott@bursor.com
        ltfisher@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK BROWN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>DIRECTV, LLC,<br><br>                    Defendant. | Case No. 5:16-cv-00263-DMG-(Ex)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>The Honorable Dolly M. Gee |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Malik Brown, and Defendant DIRECTV, LLC, that pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Malik Brown hereby dismisses all claims in this action against Defendant DIRECTV, LLC with prejudice.  Each party agrees to bear their own attorneys' fees and costs.

Dated: April 22, 2019     **BURSOR & FISHER, P.A.**

By: _____ */s/ Yeremey Krivoshey* _____
Yeremey Krivoshey

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: scott@bursor.com
         ltfisher@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: April 22, 2019     **MAYER BROWN LLP**

By: ___ */s/ Hans J. Germann* _____

Hans J. Germann (admitted pro hac vice)
Kyle J. Steinmetz (admitted pro hac vice)
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8547
Facsimile: (312) 706-9178
E-mail: hgermann@mayerbrown.com
         ksteinmetz@mayerbrown.com

**SNELL & WILMER LLP**
Becca J. Wahlquist (State Bar No. 215948)
350 South Grand Avenue, Suite 3100

1
2
3
4

Los Angeles, CA 90071
Telephone: (213) 929-2544
Facsimile: (213) 929-2525
E-mail: bwahlquist@sqlaw.com

*Attorneys for Defendant*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. 5:16-CV-00263-DMG-(EX)

2